# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

HOWARD COHAN,

    Plaintiff,

v.                                  Case No. 6:23-cv-709-JA-EJK

CHUY'S OPCO, INC.,

    Defendant.

## ORDER

In light of Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 18), the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on July 12, 2023.

                                        JOHN ANTOON II
                                    United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties